David M. Zeff (SB# 63289)
Law Offices Of David M. Zeff
1100 Larkspur Landing Circle, Suite 350
Larkspur, CA 94939
Tel: (415) 923-1380
Fax: (415) 923-1382
dmz@zefflaw.com

Attorneys for Plaintiff
MICHAEL YOKELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL YOKELL, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HYDROTEC RENEWABLES, INC.*,*<br><br>    Defendant. | Case No.: 3:18-cv-03996-JSC<br><br>[PROPOSED] JUDGMENT AGAINST HYDROTEC RENEWABLES, INC.<br><br>[FRCP 55(b)]<br><br>Judge: Hon. Jacqueline Corley<br>Courtroom: F-15th Floor |

The Default of Defendant Hydrotec Renewables, Inc. was entered on June 13, 2018.  Plaintiff Michael Yokell having applied for the Clerk's entry of a Default Judgment against Defendant Hydrotec Renewables, Inc., pursuant to Federal Rule of Civil Procedure 55(b), and good cause appearing,

JUDGMENT is hereby entered for Michael Yokell and against Hydrotec Renewables, Inc. as follows:

1. Judgment upon the First Cause of Action in the Complaint filed February 13, 2018, for Breach of Promissory Note, is entered as follows:
    a. For the Principal sum of $450,000.
    b. For unpaid interest prior to default on said Note in the sum of $5,961.00.
    c. For unpaid late fees of $483.00 on the missed February payment assessed

        on March 6, 2017, but not paid.

   d.  For the Default Fee of 5% of the Principal amount under paragraph 9.e) of the Promissory Note in the sum of $22,500.00.

   e.  For post Default interest on the Principal amount of $450,000 at the rate of 18% from the date of Hydrotec's default on the Promissory Note, March 8, 2017, to the date of entry of this Judgment, at the daily interest rate of $221.92 per day, in the sum of $__116,508.00__.

   f.  For taxable costs, which are limited to the costs incurred in obtaining service of process upon defendant Hydrotec in the Philippines, in the sum of $784.58.

2. Plaintiff has waived any claim to non-taxable costs or attorneys' fees against defendant Hydrotec Renewables, Inc., and no other party. Pursuant to Plaintiff's agreement, the Second Cause of Action for Money Lent and Paid Out against defendant Hydrotec Renewables, Inc., is hereby dismissed without prejudice.

3. The total amount due under this Judgment, as of the date set forth below, is $__596,236.58__, which accrues post judgment interest at the interest rate of 18%, from the date of entry of this Judgment until the Judgment is paid in full.

Dated: __8/15/2018__

*Susan Y. Soong*

*Elizabeth C. Garcia*
Deputy Clerk of the United States District Court
Northern District of California